ANTONIA AMBROSE, ADMINISTRATRIX OF THE ESTATE
OF JOHN AMBROSE, Sr., DECEASED, RESPONDENT, v.
NEW YORK CENTRAL RAILROAD COMPANY, APPEL-
LANT.

Argued October 24, 1928—Decided February 4, 1929.

For the appellant, *Wall, Haight, Carey & Hartpence.*

For the respondent, *Alexander Simpson.*

This was a suit in the Hudson County Circuit Court in an action at law to recover damages for the death of the plaintiff's decedent, which was caused by the happening of an accident. Plaintiff had judgment, and defendant appeals to this court.

PER CURIAM.

The judgment under review herein is affirmed by an equally divided court.

*For affirmance*—TRENCHARD, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, DEAR, JJ. 6.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CAMPBELL, KAYS, HETFIELD, JJ. 6.